DANIELE L. MARAVIGLIA (SB# 177040)
Law Offices of
**PASSALACQUA, MAZZONI, GLADDEN,
LOPEZ & MARAVIGLIA, LLP**
1201 Vine Street, Suite 200
P.O. Box 455
Healdsburg, CA 95448-0455
Telephone (707)433-3363
Facsimile (707)433-3606

Attorney for Defendant,
ALFAHEL "ANDY" EMAD AZIZ MASOUD,
an individual, d/b/a The Wild Foxx Restaurant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREPIT RESTAURANT I, LLC, d/b/a/ The Wildfox Mesquite Fired Kitchen,<br><br>Plaintiff,<br><br>v.<br><br>ALFAHEL "ANDY" EMAD AZIZ MASOUD, an individual, d/b/a/ The Wild Foxx Restaurant, and DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | Civil Action No.: CV 09 3581 EDL<br><br>**REQUEST TO APPEAR BY TELEPHONE; ORDER THEREON**<br><br>Date: November 24, 2009<br>Time: 10:00 a.m.
Dept.: E |

PLEASE TAKE NOTICE that DANIELE L. MARAVIGLIA, attorney for Defendant, ALFAHEL "ANDY" EMAD AZIZ MASOUD, an individual, d/b/a/ The Wild Foxx Restaurant, is requesting to make a telephonic appearance at the Initial Case Management Conference set for November 24, 2009 at 10:00 a.m. in Courtroom E of the above entitled court, located at 450 Golden Gate Avenue, San Francisco, California. Mr. Maraviglia's office number is (707) 433-3363.

The reason for this request is that Mr. Maraviglia's offices are located more than 70 miles from San Francisco, requiring driving time of more than 3 hours for a short hearing. Appearance by telephone will be more efficient and cost effective for the Defendant.

///

///

Respectfully submitted,

Dated: November 10, 2009

PASSALACQUA, MAZZONI, GLADDEN,
LOPEZ & MARAVIGLIA, LLP

_____
DANIELE L. MARAVIGLIA, SBN 177040
1201 Vine Street, Suite 200
Healdsburg, California 95448
Telephone: (707) 433-3363
Facsimile: (707) 433-3606
Dan@pmg-legal.com
**Attorneys for Defendant**

## ORDER

Good cause appearing therefore, Defendant's counsel is permitted to appear at the November 24, 2009 Initial Case Management Conference by telephone.

November 13,, 2009

_____
JUDGE ELIZABETH D. LAPORTE

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF SONOMA     )

I am a citizen of the United States. My business address is 1201 Vine Street, Suite 200, Healdsburg, California 95448. I am employed in the county of Sonoma where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On November 10, 2009, following ordinary business practice, I served the foregoing document(s) described as:

**REQUEST TO APPEAR BY TELEPHONE; ORDER THEREON**

___ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

XX  (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Healdsburg, California.

___ (BY E-MAIL) by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

___ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

___ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Julio Mateo, Jr., Esq.　　　　　　　　　　*Attorneys for Plaintiff*
American Mortgage Law Group, PC　　　　*Firepit Restaurant I, LLC, d/b/a/*
75 Rowland Way, Suite 350　　　　　　　*Wildfox Mesquite Fired Kitchen*
Novato, California 94945

Law Offices of
PASSALACQUA, MAZZONI,
GLADDEN, LOPEZ & MARAVIGLIA, LLP
1201 Vine Street, Suite 200
P O Box 455
Healdsburg, CA 95448-0455

Request to Appear by Telephone; Order Thereon
CV 09 3581 EDL

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 10, 2009 at Healdsburg, California.

*Dolly Machado*
DOLLY MACHADO

Law Offices of
PASSALACQUA, MAZZONI,
GLADDEN, LOPEZ & MARAVIGLIA, LLP
1201 Vine Street, Suite 200
P O Box 455
Healdsburg, CA 95448-0455

Request to Appear by Telephone; Order Thereon
CV 09 3581 EDL