IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIREPIT RESTAURANT I, LLC, D/B/A THE
WILDFOX MESQUITE FIRED KITCHEN,

    Plaintiff,

  v.

ALFAHEL "ANDY" EMAD AZIZ MASOUD,
an individual, D/B/A THE WILD FOXX
RESTAURANT, A COMPANY OF
UNKNOWN FORM, AND DOES 1 THROUGH
25, INCLUSIVE,

    Defendants.
    _____/

No. C-09-3581-EDL

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND
REGARDING MODIFICATION OF
"CONFIDENTIALITY AGREEMENT
AND STIPULATION"**

    On October 26, 2009 the parties filed a document stipulating to the ADR process of mediation, but failed to file a "proposed order" page for the Court's signature therewith. The Court has corrected this oversight, and referred the parties to mediation on November 18, 2009. The parties' Joint Case Management Conference Statement states that the parties are willing to continue the Case Management Conference currently set for November 24, 2009 until after the mediation has taken place. The Court therefore continues the Case Management Conference currently set for November 24, 2009 to February 16, 2009 to allow time for mediation.

    On November 17, 2009, the parties filed a document entitled "Confidentiality Agreement and Stipulation" which does not refer to Local Rule 79-5 and does not provide for the Court's signature. While the agreement suffices for the time being to allow the parties to exchange confidential information, the parties are directed to review the Court's Standing Order on Confidential and

1  Sealed Documents and to prepare a protective order referencing Local Rule 79-5 and providing for
2  the Court's approval and signature.

4  Dated: November 18, 2009

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

2