Evans D. Prieston, Esq. (SBN 100097)
Julio Mateo, Jr., Esq. (SBN 124633)
AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
Email: jmateo@americanmlg.com

Attorneys for Plaintiff
FIREPIT RESTAURANT I, LLC, D/B/A THE WILDFOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREPIT RESTAURANT I, LLC, D/B/A THE WILDFOX MESQUITE FIRED KITCHEN<br><br>PLAINTIFF,<br><br>v.<br><br>ALFAHEL "ANDY" EMAD AZIZ MASOUD, AN INDIVIDUAL, D/B/A THE WILD FOXX RESTAURANT, A COMPANY OF UNKNOWN FORM, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO.: CV 09-03581<br><br>**STIPULATION OF DISMISSAL AND** ~~[PROPOSED]~~ **ORDER** |

IT IS HEREBY STIPULATED by Plaintiff Firepit Restaurant I ("Firepit" and/or "WildFox") and Defendant Alfahel "Andy" Emad Aziz Masoud ("Defendant" and/or "Wild Foxx") (collectively the "Parties") to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), and Civil Local Rule 7-12.

It is the intention and understanding of the Parties that in stipulating to this request for dismissal, Defendant" and/or "Wild Foxx named or sued in this lawsuit, shall not remain as defendant in this action and that the entire action and all claims as to each party shall and will be dismissed with prejudice.

WHEREAS, Plaintiff Firepit and/or WildFox filed this action against Defendant and/or Wild Foxx alleging claims of federal, state, and common law trademark infringement, unfair competition, and intentional and/or negligent interference with prospective economic advantage;

WHEREAS, Defendant answered the Complaint, and Wild Foxx alleged various affirmative defenses and/or counterclaims against Plaintiff, demanded Plaintiff be denied any requested relief, prayed that Plaintiff take nothing, and requested that Defendant be awarded all of its costs and attorneys fees;

WHEREAS, the Defendant's Wild Foxx restaurant closed its doors on January 4, 2010, is no longer in business, no longer exists, and has surrendered its lease to said premises;

WHEREAS, and under the circumstances, Plaintiff and Defendant believe that a compromise of their disputed claims is appropriate;

NOW THEREFORE, and pursuant to FRCP 41(a)(1)(A)(ii), and Civil Local Rule 7-12, Plaintiff and Defendant, through their respective counsel of record and without admitting to any liability under the claims in this case, hereby stipulate as follows:

1) Defendant Wild Foxx confirms that it has vacated the premises of its Santa Rosa restaurant, surrendered its lease to said premises, permanently removed, destroyed, or discarded all materials, including out-door signage, to which the marks and/or logos claimed by Plaintiff in the above-entitled action have been applied;

2) Commencing on the execution of this Stipulation, Defendant Wild Foxx will commence the withdrawal, cancellation, deletion, and/or amendment of any corporate names, domain names, trademark applications, fictitious business registrations and/or alcohol beverage licenses and permits which use the marks and/or logos claimed by Plaintiff in the above-entitled action, if not done so already;

3) Defendant Wild Foxx agrees to now, and for so long as Plaintiff remains in business as the WildFox Restaurant to never make any use of the marks and/or logos claimed by Plaintiff in the above-entitled action without prior written authority from Plaintiff, whether within any corporate name, trading name, trading style, domain

name or otherwise;

4) All claims against Defendant Wild Foxx are dismissed with prejudice;

5) All claims against Plaintiff are dismissed with prejudice; and

6) Each party to bear its own costs, expenses, and attorneys' fees, with the Court to retain jurisdiction to enforce this Stipulation, which may be executed in counterparts.

IT IS SO STIPULATED.

Dated: January 26, 2010

AMERICAN MORTGAGE LAW GROUP, PC

By _____
Evans D. Prieston, Esq.
Julio Mateo, Jr., Esq.
Attorneys for Plaintiff
Firepit Restaurants I, Inc.

PASSALACQUA, MAZONI, GLADDEN, LOPEZ & MARAVIGLIA, LLP

By _____
Daniele L. Maraviglia, Esq.
Attorneys for Defendant
Alfahel "Andy" Emad Aziz Masoud.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: Feb. 2, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge